# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2020

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Munn, Jacob Arthur | Docket No. | 2:20CR00085-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jacob Arthur Munn, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 28th day of July 2020, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Additional Condition #14:** Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jacob Arthur Munn allegedly violated his conditions of pretrial release supervision by being cited for failure to provide proof of vehicle insurance to the Kootenai County (Idaho) Sheriff's Office on October 4, 2020.

On August 4, 2020, the undersigned officer reviewed the conditions of pretrial supervision with Mr. Munn. Mr. Munn acknowledged an understanding of the conditions, which included standard condition number 1.

On October 4, 2020, the Kootenai County Sheriff's Office contacted the undersigned officer through electronic mail (email) advising Mr. Munn had been involved in a traffic stop with a Kootenai County Sheriff's deputy. The email indicated Mr. Munn had been cited for driving on a suspended license and was released at the scene.

Subsequently, the Kootenai County Sheriff's Office provided the undersigned officer with a copy of the traffic citation. The citation noted Mr. Munn had been cited for failure to provide proof of insurance. It should be noted that available records indicate Mr. Munn was not cited for driving with a suspended licence, as initially reported by the Kootenai County Sheriff's Office.

Available court records indicate a citation was filed for failure to provide vehicle insurance in Kootenai County Magistrate Court, case number CR28-20-16038.

On October 13, 2020, Mr. Munn was found guilty of this traffic infraction and paid a $131.56 fine.

**Violation #2:** Jacob Arthur Munn allegedly violated his conditions of pretrial supervision by traveling to the District of Idaho, on October 4, 2020, without prior authorization from the Court.

On August 4, 2020, the undersigned officer reviewed the conditions of pretrial supervision with Mr. Munn. Mr. Munn acknowledged an understanding of the conditions, which included additional condition number 14.

PS-8

Re: Munn, Jacob Arthur
October 16, 2020
Page 2

As noted in violation number 1, on October 4, 2020, Mr. Munn was cited for failure to provide vehicle insurance in Kootenai County, Idaho. Mr. Munn had not received permission from the Court to travel outside of the Eastern District of Washington.

On October 5, 2020, the undersigned officer confronted Mr. Munn about his travel to the State of Idaho, without obtaining permission from the Court. Mr. Munn advised he traveled to Idaho to purchase cigarettes. Subsequently, the undersigned officer reminded Mr. Munn that he is required to remain in the Eastern District of Washington, unless he is granted permission from the Court.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   October 16, 2020

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

10/16/2020

Date