FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Munn, Jacob Arthur | Docket No. | 2:20CR00085-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jacob Arthur Munn, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on 28th day of July 2020, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jacob Arthur Munn is alleged to have violated the conditions of pretrial release supervision by being cited for speeding 29 miles per hour over the limit and arrested for driving under the influence on June 6, 2021.

On August 4, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Munn. Mr. Munn acknowledged an understanding of the conditions, which included standard condition number 1.

The following information was gathered from an affidavit of probable cause submitted by the Washington State Patrol (WSP) to the Spokane County District Court.

On June 6, 2021, a WSP trooper observed a vehicle allegedly driven by Mr. Munn traveling southbound on Division Street in Spokane, Washington. The vehicle was traveling at 59 miles per hour, in a 30 mile-per-hour zone. Additionally, Mr. Munn's vehicle was allegedly observed aggressively changing lanes around traffic and drifting back and forth in its lane. Subsequently, the trooper initiated a traffic stop. Mr. Munn was allegedly slow to respond, but then stopped on a side street.

The trooper contacted the driver's side door of the vehicle and the window was completely rolled down. Mr. Munn was identified as the driver of the vehicle through his Washington State driver's license. The trooper described Mr. Munn's eyes as blood shot and watery. Mr. Munn's speech was allegedly slurred, his movements were slow and he allegedly lacked fine motor skills. He reportedly struggled to remove his driver's license from his wallet.

The trooper could smell a strong odor of intoxicants coming from the cab of the vehicle. When asked how much alcohol Mr. Munn had consumed on that day, he responded, "not much."

Mr. Munn was asked to exit the vehicle so he could be separated from the odor of intoxicants coming from the vehicle. As Mr. Munn exited the vehicle he allegedly had trouble keeping his balance. He was slow and deliberate with his movements. The trooper could smell the odor of intoxicants coming from Mr. Munn's person.

Mr. Munn agreed to participate in field sobriety testing. He denied wearing contacts or glasses to assist with his vision. Mr. Munn also advised he did not have any physical impairments that would prevent him from participating in field sobriety testing.

Mr. Munn initially participated in field sobriety testing, in which he allegedly displayed signs of being intoxicated. He eventually stopped the field sobriety testing and refused to submit to Breathalyzer testing. Subsequently, the trooper requested a warrant for blood testing Mr. Munn.

Mr. Munn was taken into custody for driving under the influence (DUI). Available records also indicate Mr. Munn was cited for speeding 29 miles per hour over the limit.

On June 7, 2021, Mr. Munn was formally charged with DUI in Spokane County District Court, case number 1A0491364. Available court records indicate Mr. Munn was released from custody on his own recognizance on June 6, 2021. On June 7, 2021, Mr. Munn failed to appear in Spokane County District Court for a hearing related to the aforementioned DUI charge, resulting in a bench warrant being issued.

Additionally, Mr. Munn was formally cited in Spokane County District Court case number 1A0491363 for speeding 29 miles per hour over the speed limit.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2021

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

June 10, 2021
Date